| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**COLLINS, VELLA & CASELLO, LLC**<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732) 751-1766<br>Attorneys for the Debtor<br>Joseph M. Casello, Esq. | Order Filed on September 5, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Robert Elliot Shanley, III<br><br>      Debtor | Chapter 13 Case No.: 18-26126<br><br>Judge: Hon. Michael Kaplan, U.S.B.J. |

**ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 5, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliot Shanley, III
Case No: 18-26126
Caption of Order: Order Extending Time to File Missing Documents

This matter having been opened to the Court upon the Debtor's request for an extension of time to file its missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and the Court having reviewed the moving papers and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The Debtor shall file all missing documents no later than September 10, 2018.