**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for the Debtor
Joseph M. Casello, Esq.

In re:

Robert Elliot Shanley, III

   Debtor

**Order Filed on September 5, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 13 Case No.:  18-26126

Judge:  Hon. Michael Kaplan, U.S.B.J.

# ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 5, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:  Robert Elliot Shanley, III
Case No: 18-26126
Caption of Order: Order Extending Time to File Missing Documents

---

This matter having been opened to the Court upon the Debtor's request for an extension of time to file its missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and the Court having reviewed the moving papers and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The Debtor shall file all missing documents no later than September 10, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Elliott Shanley, III  
     Debtor

Case No. 18-26126-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 05, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.  
db            +Robert Elliott Shanley, III,    PO Box 641,    Navesink, NJ 07752-0641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                                                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:  
            Albert    Russo     docs@russotrustee.com  
            Joseph    Casello     on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,  
             jcasello627@gmail.com  
            Rebecca Ann Solarz     on behalf of Creditor     M&T BANK rsolarz@kmllawgroup.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                     TOTAL: 4