

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

Order Filed on September 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

   Robert Elliot Shanley III

        Debtor

Chapter 13 Case No.: 18-26126

Judge:  Hon. Michael Kaplan, U.S.B.J.

Hearing Date: September 11, 2018 at 9:00 a.m.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: September 12, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliot Shanley III
Case No: 18-26126
Caption of Order: Order Extending the Automatic Stay

---

Upon the motion of the debtor under Bankruptcy Code Section 362(c)(3)(B) to extend the automatic stay, and for cause shown; it is ORDERED as follows:

1.  The motion is granted. The automatic stay shall remain in full force and effect throughout this Chapter 13 proceeding subject to the rights of a secured creditor to seek relief from the stay consistent with the terms and conditions of 11 U.S.C. § 362(d).