Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26126−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Elliott Shanley III
   PO Box 641
   Navesink, NJ 07752

Social Security No.:
   xxx−xx−8423

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/23/18
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 11, 2018
JAN: amg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26126-MBK
Robert Elliott Shanley, III                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 132             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db              +Robert Elliott Shanley, III,   PO Box 641,    Navesink, NJ 07752-0641
517697928       +American Express,   Bankruptcy Department,    P.O. Box 981540,   El Paso, TX 79998-1540
517697929        Bank West,   PO Box 4024,   Alameda, CA 94501-0424
517697930        Barclay Card,   P.O. Box 8833,    Wilmington, DE 19899-8833
517697931        Chase,   Card Memebr Service,    P.O. Box 15548,   Wilmington, DE 19886-5548
517697932        Citi,   Po Box 6004,   Sioux Falls, SD 57117-6004
517697934        Evane McLean Shanley,   PO Box 32,    Navesink, NJ 07752-0032
517697935        Home Depot Credit,   PO Box 9601010,    Louisville, KY 40290-1010
517697937       +KML Law Group,   701 Market Street,    #5000,   Philadelphia, PA 19106-1541
517697941        Pension Parameter, Inc.,   675 Line Road,    Aberdeen, NJ 07747-1246
517697942      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
                  Trenton, NJ 08695-0245)
517697943        Stearns,   Card Memebr Services,    P O Box 6353,   Fargo, ND 58125-6353
517697945      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank,   NJ-Indirect Lending,   PO Box 790179,
                  Saint Louis, MO 63179-0179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:02     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ  07102-5235
517735742      +E-mail/Text: bknotices@bankofthewest.com Sep 11 2018 23:25:15     BANK OF THE WEST,
                  2527 CAMINO RAMON,   SAN RAMON CA 94583-4213
517697933       E-mail/Text: mrdiscen@discover.com Sep 11 2018 23:24:08     Discover Card,   PO Box 15316,
                  Wilmington, DE 19850-5316
517697936       E-mail/Text: cio.bncmail@irs.gov Sep 11 2018 23:24:24     Internal Revenue Service,
                  P.O. Box 7346,   Philadelphia, PA 19101-7346
517697938      +E-mail/Text: bk@lendingclub.com Sep 11 2018 23:25:31     Lending Club Corp.,
                  71 Stevenson Street,   Suite 300,   San Francisco, CA 94105-2985
517697939       E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 23:16:39     Lowes,   P.O. Box 530970,
                  Atlanta, GA 30353-0970
517697940       E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32     M&T Bank,   P.O. Box 1288,
                  Buffalo, NY 14240-1288
517710992       E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2018 23:24:51
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517700139      +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 23:17:38     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517697944       E-mail/Text: bankruptcy@td.com Sep 11 2018 23:25:04     TD Bank,   PO Box 5400,
                  Lewiston, ME 04243
                                                                                              TOTAL: 11
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 132             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Joseph   Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
             jcasello627@gmail.com
            Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```