**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

**Order Filed on September 12, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

   Robert Elliot Shanley III

        Debtor

Chapter 13 Case No.: 18-26126

Judge: Hon. Michael Kaplan, U.S.B.J.

Hearing Date: September 11, 2018 at 9:00 a.m.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: September 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliot Shanley III
Case No: 18-26126
Caption of Order: Order Extending the Automatic Stay

---

Upon the motion of the debtor under Bankruptcy Code Section 362(c)(3)(B) to extend the automatic stay, and for cause shown; it is ORDERED as follows:

1.   The motion is granted. The automatic stay shall remain in full force and effect throughout this Chapter 13 proceeding subject to the rights of a secured creditor to seek relief from the stay consistent with the terms and conditions of 11 U.S.C. § 362(d).

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Elliott Shanley, III  
     Debtor

Case No. 18-26126-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db           +Robert Elliott Shanley, III,   PO Box 641,   Navesink, NJ 07752-0641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
         Albert   Russo   docs@russotrustee.com  
         Joseph   Casello   on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,  
          jcasello627@gmail.com  
         Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 4