**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 18-26126-MBK |
| Robert Elliott Shanley, III, | CHAPTER 13 |
|   Debtor. | |
| _____/ | |

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004**

> RAS Citron, LLC
> Authorized Agent for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone: 973-575-0707
> Facsimile: 973-404-8886
> By: <u>/s/Aleisha C. Jennings</u>
> Aleisha C. Jennings, Esquire
> Email: ajennings@rasnj.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT ELLIOTT SHANLEY, III
PO BOX 641
NAVESINK, NJ 07752

**Joseph Casello**
Collins, Vella & Casello
2317 Route 34 South
Suite 1A
Manasquan, NJ 08736

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

              RAS Citron, LLC
              Authorized Agent for Secured Creditor
              130 Clinton Road, Suite 202
              Fairfield, NJ 07004
              Telephone: 973-575-0707
              Facsimile: 973-404-8886
              By: /s/Aleisha C. Jennings
              Aleisha C. Jennings, Esquire
              Email: ajennings@rasnj.com