UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Collins, Vella & Casello, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Attorneys for the Debtor

In Re:

Robert Elliot Shanley, III

Case No.: 18-26126

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Joseph M. Casello_____, who represents _____the Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____January 18, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Order Respecting Amendment to Schedule D, E/F, F, G, H or List of Creditors;
    2. Amendment to Schedule E/F;  3. Notice of Commencement of Case;
    4. Notice of Hearing on Confirmation of Plan;  5. Chapter 13 Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/18/19

Signature: *Courtney Parker*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ISE America, Inc.<br>12201 Massey Road<br>Massey, MD 21650 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ISE Farms, Inc.<br>110 Good Springs Road<br>Broadway, NJ 08808 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |