Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-26126 / MBK**

Robert Elliott Shanley, III

Petition Filed Date: 08/13/2018  
341 Hearing Date: 09/20/2018  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2018 | $300.00 | 52435000 | 10/05/2018 | $300.00 | 52925020 | 11/02/2018 | $300.00 | 53587820 |
| 12/10/2018 | $300.00 | 54581410 | | | | | | |

**Total Receipts for the Period:  $1,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH CASELLO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  LOWES | Unsecured Creditors | $6,010.98 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  EST TAXES- ON HOLD | Priority Crediors<br>Hold Funds: Estimated | $305,241.54 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2012 | Unsecured Creditors | $90,380.33 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $829.33 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $20,119.31 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,964.22 | $0.00 | $0.00 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»»  20110 VOLVO XC90 | Debt Secured by Vehicle | $30.59 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,015.74 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $71.25 | $0.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI- 2014 | Secured Creditors | $25,458.35 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-2015-2017 | Priority Crediors | $30,704.82 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI-2014-2015,2017 | Unsecured Creditors | $6,948.00 | $0.00 | $0.00 |
| 13 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $19,444.13 | $0.00 | $0.00 |
| 14 | M&T Bank<br>»»  NP/125 NAVESINK AVENUE./1ST MTG | Mortgage Arrears | $106,559.60 | $0.00 | $0.00 |

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $12,866.70 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $9,811.15 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,452.15 | $0.00 | $0.00 |
| 18 | TD BANK, N.A.<br>»» NP/198 GRAND AVENUE./3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A.<br>»» NP/198 GRAND AVENUE./1ST MTG | Mortgage Arrears | $77,109.90 | $0.00 | $0.00 |
| 20 | TD BANK, N.A.<br>»» NP/198 GRAND AVENUE./2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 21 | Evane McLean Shanley | Support Arrears | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $103.50 | Arrearages: | $0.00 |
| Funds on Hand: | $1,396.50 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**