| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>DAVID J. SPRONG, ESQ.<br>(djsprong@becker.legal)<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br><br>-and-<br><br>**MULVANEY & HAHN, LLC**<br>115 Route 46 West, Building F<br>Mountain Lakes, NJ  07046<br>(973) 784-3504<br>KEVIN M. HAHN, ESQ.<br>(kevin@mulvaneyandhahn.com)<br>Co-Counsel for ISE America, Inc. and ISE Farms, Inc. |

| | |
|---|---|
| In re:<br><br>ROBERT ELLIOTT SHANLEY III,<br><br>Debtor. | Case No. 18-26126 (MBK)<br><br>Chapter 13<br><br>**Judge:  Honorable Michael B. Kaplan** |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICE AND SERVICE OF PAPERS**

TO:            CLERK, UNITED STATES BANKRUPTCY COURT
               Clarkson S. Fisher U.S. Courthouse
               402 East State Street
               Trenton, NJ 07608

Name of Party in Interest:    **ISE AMERICA, INC. and ISE FARMS, INC., CREDITORS**

| | |
|---|---|
| Address For Notices: | **J. Alex Kress, Esq.**<br>akress@becker.legal<br>**BECKER LLC**<br>**354 Eisenhower Parkway**<br>**Plaza II, Suite 1500**<br>**Livingston, NJ  07039**<br><br>**Kevin M. Hahn, Esq.**<br>kevin@mulvaneyandhahn.com<br>**MULVANEY & HAHN, LLC**<br>**115 Route 46 West, Building F**<br>**Mountain Lakes, NJ  07046** |

**PLEASE TAKE NOTICE** that pursuant to *Bankruptcy Rules* 2002 and 9010, Becker LLC and Mulvaney & Hahn, LLC hereby appear in the above-captioned case as co-counsel for creditors, ISE America, Inc. and ISE Farms, Inc. (together, collectively "ISE"), and requests that copies of all notices given or required to be given and all papers served or required to be served (except process) in this case be given and served as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in *Bankruptcy Rules* 2002 and 9010, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only.  Accordingly, this *Notice of*

*Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

        **MULVANEY & HAHN, LLC**
- **and -**
**BECKER LLC**
Co-Counsel for Creditors, ISE America, Inc. and ISE Farms, Inc.


By: /s/   J. Alex Kress
      J. Alex Kress


Dated:  March 4, 2019