| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>DAVID J. SPRONG, ESQ.<br>(djsprong@becker.legal)<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>-and-<br>**MULVANEY & HAHN, LLC**<br>115 Route 46 West, Building F<br>Mountain Lakes, NJ  07046<br>(973) 784-3504<br>KEVIN M. HAHN, ESQ.<br>(kevin@mulvaneyandhahn.com)<br>Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | |
| In re:<br><br>ROBERT ELLIOTT SHANLEY III,<br><br>Debtor. | Case No. 18-26126 (MBK)<br><br>Chapter 13 |

**CERTIFICATE OF CONSENT REGARDING THE CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS**

I, J. ALEX KRESS, an attorney at law admitted in this Court and "Of Counsel" to the law firm of Becker LLC, hereby certify that with respect to the copy of the captioned *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims* ("Consent Order") submitted to the Court, the following conditions have been met:

(a) The terms of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b) The signatures represented by the /s/ J. Alex Kress and /s/ Joseph M. Casello on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order which I received by email (PDF) from the signatory;

(c) Contingent on my receipt of the original signatures, I will retain the original signed Consent Order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Executed on March 4, 2019

                                                          /s/ J. Alex Kress
                                                          J. Alex Kress, Esq.