| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| **BECKER LLC** <br> Eisenhower Plaza II <br> 354 Eisenhower Parkway, Suite 1500 <br> Livingston, New Jersey 07039 <br> (973) 422-1100 <br> DAVID J. SPRONG, ESQ. <br> (djsprong@becker.legal) <br> J. ALEX KRESS, ESQ. <br> (akress@becker.legal) <br> -and- <br> **MULVANEY & HAHN, LLC** <br> 115 Route 46 West, Building F <br> Mountain Lakes, NJ 07046 <br> (973) 784-3504 <br> KEVIN M. HAHN, ESQ. <br> (kevin@mulvaneyandhahn.com) <br> Co-Counsel for ISE America, Inc. and ISE Farms, Inc. |

| | |
|---|---|
| In re: <br><br> ROBERT ELLIOTT SHANLEY III, <br><br> Debtor. | Case No. 18-26126 (MBK) <br><br> Chapter 13 <br><br> **Judge: Honorable Michael B. Kaplan** |

## CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose am the secretary/paralegal for Becker LLC, who is co-counsel for ISE America, Inc. and ISE Farms, Inc. in this matter.

2. On March 4, 2019, this office served a copy of the *Notice of Appearance and Request for Service of Notice and Service of Papers* to the parties listed in the chart below via CM/ECF Filing.

3. I certify under penalty of perjury that the above document was served using the mode of service indicated.

Dated: March 5, 2019                                  /s/ Mary Ann Ambrose
                                                      Mary Ann Ambrose

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>Rebecca Ann Solarz, Esq.<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | Attorneys for Creditor M&T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Casello, Esq.<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736 | Attorneys for Debtor Robert Elliott Shanley, III | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aleisha Candace Jennings, Esq.<br>Harold N. Kaplan, Esq.<br>Ras Citron LLC<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ 07004 | Attorneys for Creditor, U.S. Bank National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard James Tracy, III, Esq.<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, NJ 07302 | Attorneys for Creditor TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |