UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
DAVID J. SPRONG, ESQ.
(djsprong@becker.legal)
J. ALEX KRESS, ESQ.
(akress@becker.legal)
-and-
**MULVANEY & HAHN, LLC**
115 Route 46 West, Building F
Mountain Lakes, NJ  07046
(973) 784-3504
KEVIN M. HAHN, ESQ.
(kevin@mulvaneyandhahn.com)
Co-Counsel for ISE America, Inc. and ISE Farms, Inc.

**Order Filed on March 8, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

ROBERT ELLIOTT SHANLEY III,

                                          Debtor.

Case No. 18-26126 (MBK)

Chapter 13

**Hearing Date:**        **On Consent**

## CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS

Based on the subjoined consent of the parties set forth on page three (3) of this

Consent Order, the relief set forth in paragraphs 1 and 2 on the following page numbered

two (2), is hereby **ORDERED.**

**DATED: March 8, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page      2 of 3**

**Debtor:   Robert Elliott Shanley III**

**Case No.  18-26126 (MBK)**

**Caption:  *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims***

---

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC and Mulvaney & Hahn, LLC, co-counsel to ISE America, Inc. and ISE Farms, Inc. (together, collectively, "ISE"), and Collins, Vella & Casello, L.L.C., counsel to the debtor herein, Robert Elliott Shanley III (the "Debtor"); and it appearing from the subjoined consent of their counsel that ISE and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

It is hereby **ORDERED as follows:**

1.      The time for ISE to file a proof of claim in the Debtor's above-captioned proceedings for reorganization pursuant to Chapter 13 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

2.      The time for ISE to file a complaint to determine the dischargeability of ISE's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

Page      **3 of 3**

**Debtor:**   **Robert Elliott Shanley III**

**Case No.   18-26126 (MBK)**

**Caption:**   *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc.*
*(i) to File a Proof of Claim and (ii) to File a Complaint to Determine the*
*Dischargeability of ISE's Claims*

---

We hereby consent to the form, substance
and entry of the foregoing Consent Order:

**MULVANEY & HAHN, LLC**
   -  **and -**
**BECKER LLC**
Co-Counsel for ISE America, Inc. and ISE
Farms, Inc.

**COLLINS,   VELLA   &   CASELLO,**
**L.L.C.**
Counsel to the Debtor, Robert Elliott
Shanley, III

By: _____***DRAFT***_____
          J. Alex Kress

Dated: March ___, 2019

By: _____***DRAFT***_____
          Joseph M. Casello

Dated: March 1, 2019