UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
DAVID J. SPRONG, ESQ.
(djsprong@becker.legal)
J. ALEX KRESS, ESQ.
(akress@becker.legal)
-and-
**MULVANEY & HAHN, LLC**
115 Route 46 West, Building F
Mountain Lakes, NJ  07046
(973) 784-3504
KEVIN M. HAHN, ESQ.
(kevin@mulvaneyandhahn.com)
Co-Counsel for ISE America, Inc. and ISE Farms, Inc.

Order Filed on March 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    ROBERT ELLIOTT SHANLEY III,

                        Debtor.

Case No. 18-26126 (MBK)

Chapter 13

**Hearing Date:**    **On Consent**

**CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS**

Based on the subjoined consent of the parties set forth on page three (3) of this Consent Order, the relief set forth in paragraphs 1 and 2 on the following page numbered two (2), is hereby **ORDERED**.

**DATED: March 8, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page        2 of 3

Debtor:    **Robert Elliott Shanley III**

Case No.   **18-26126 (MBK)**

Caption:   *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims*

_____

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC and Mulvaney & Hahn, LLC, co-counsel to ISE America, Inc. and ISE Farms, Inc. (together, collectively, "ISE"), and Collins, Vella & Casello, L.L.C., counsel to the debtor herein, Robert Elliott Shanley III (the "Debtor"); and it appearing from the subjoined consent of their counsel that ISE and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

It is hereby **ORDERED** as follows:

1.      The time for ISE to file a proof of claim in the Debtor's above-captioned proceedings for reorganization pursuant to Chapter 13 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

2.      The time for ISE to file a complaint to determine the dischargeability of ISE's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

Page    3 of 3

**Debtor:**   **Robert Elliott Shanley III**

**Case No.**  **18-26126 (MBK)**

**Caption:**   *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims*

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

**MULVANEY & HAHN, LLC**
   -  **and -**
**BECKER LLC**
Co-Counsel for ISE America, Inc. and ISE Farms, Inc.

**COLLINS, VELLA & CASELLO, L.L.C.**
Counsel to the Debtor, Robert Elliott Shanley, III

By:   _____ *DRAFT* _____
         J. Alex Kress
Dated: March ___, 2019

By:   _____ *DRAFT* _____
        Joseph M. Casello
Dated: March 1, 2019

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26126-MBK
Robert Elliott Shanley, III                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 08, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db             +Robert Elliott Shanley, III,    PO Box 641,    Navesink, NJ 07752-0641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
         Albert  Russo    docs@russotrustee.com
         Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
         ajennings@rasflaw.com
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
         informationathnk@aol.com
         J. Alex Kress    on behalf of Creditor    ISE Farms, Inc. akress@becker.legal,
         mambrose@becker.legal;akress@ecf.courtdrive.com
         J. Alex Kress    on behalf of Creditor    ISE America Inc. akress@becker.legal,
         mambrose@becker.legal;akress@ecf.courtdrive.com
         Joseph  Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
         jcasello627@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
         Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10