| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>DAVID J. SPRONG, ESQ.<br>(djsprong@becker.legal)<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br><br>-and-<br><br>**MULVANEY & HAHN, LLC**<br>115 Route 46 West, Building F<br>Mountain Lakes, NJ  07046<br>(973) 784-3504<br>KEVIN M. HAHN, ESQ.<br>(kevin@mulvaneyandhahn.com)<br>Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | |
| In re:<br><br>ROBERT ELLIOTT SHANLEY III,<br><br>                                                     Debtor. | Case No. 18-26126 (MBK)<br><br>Chapter 13<br><br>**Judge:  Honorable Michael B. Kaplan** |

## CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose am the secretary/paralegal for Becker LLC, who is co-counsel for ISE America, Inc. and ISE Farms, Inc. in this matter.

2. On March 6, 2019, this office served a copy of the following pleadings and/or documents to the parties listed in the chart below via CM/ECF Filing:

    a. *Application Pursuant to D.N.J. LBR 9021 to Approve Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (I) to file a Proof of claim and (II) to file a Complaint to Determine the Dischargeability of ISE's Claims;*

    b. *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (I) to file a Proof of Claim and (II) to file a Complaint to determine the Dischargeability of ISE's Claims;* and

    c. *Certificate of Consent Regarding the Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (I) to file Proof of Claim and (II) to file a Complaint to determine the Dischargeability of ISE's Claims.*

3. I certify under penalty of perjury that the above documents were served using the mode of service indicated.

Dated: March 11, 2019                        /s/ Mary Ann Ambrose
                                                               Mary Ann Ambrose

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>Rebecca Ann Solarz, Esq.<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | Attorneys for Creditor M&T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Casello, Esq.<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ  08736 | Attorneys for Debtor Robert Elliott Shanley, III | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aleisha Candace Jennings, Esq.<br>Harold N. Kaplan, Esq.<br>Ras Citron LLC<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ 07004 | Attorneys for Creditor, U.S. Bank National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard James Tracy, III, Esq.<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, NJ 07302 | Attorneys for Creditor TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Department of Justice<br>Office of the US Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102 | | ☐Hand-delivered<br><br>☐Regular mail<br><br>☐Certified mail/RR<br><br>X Other ECF Filing<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | Creditor | ☐Hand-delivered<br><br>X Regular mail<br><br>☐Certified mail/RR<br><br>☐Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Valeria Smith<br>c/o PRA Receivables Management, LLC<br>Senior Manager<br>P.O. Box 41021<br>Norfolk, CA  23541 | Creditor | ☐Hand-delivered<br><br>X Regular mail<br><br>☐Certified mail/RR<br><br>☐Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase<br>Card Member Service<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Creditor | ☐Hand-delivered<br><br>X Regular mail<br><br>☐Certified mail/RR<br><br>☐Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express<br>Bankruptcy Department<br>P.O. Box 981540<br>El Paso, TX  79998-1540 | Creditor | ☐Hand-delivered<br><br>X Regular mail<br><br>☐Certified mail/RR<br><br>☐Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address | Relationship to Case | Mode of Service |
|---|---|---|
| Discover Financial Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank Of The West<br>2527 Camino Ramon<br>San Ramon CA 94583-4213 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Home Depot Credit<br>P.O. Box 9601010<br>Louisville, KY 40290-1010 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barclay Card<br>P.O. Box 8833<br>Wilmington, DE 19899-8833 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>701 Market Street<br>#5000<br>Philadelphia, PA 19106-1541 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Citi<br>P.O. Box 6004<br>Sioux Falls, SD 57117-6004 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lending Club Corp.<br>71 Stevenson Street<br>Suite 300<br>San Francisco, CA 94105-2985 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Evane McLean Shanley<br>P.O. Box 32<br>Navesink, NJ 07752-0032 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State Of New Jersey<br>Division Of Taxation<br>Bankruptcy Unit<br>P.O. Box 245<br>Trenton NJ 08646-0245 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address | Relationship | Mode of Service |
|---|---|---|
| Discover Card<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Taxing Authority | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lowes<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Securities Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY  10281-1022 | Taxing Authority | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address | Role | Method |
|---|---|---|
| Pension Parameter, Inc.<br>675 Line Road<br>Aberdeen, NJ 07747-1246 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Social Security Administration<br>Office of the General Counsel, Region II<br>26 Federal Plaza, room 3904<br>New York, NY 10278 | Taxing Authority | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for MOMA Funding LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Motor Vehicle Commission<br>Administrative Unit<br>225 East State Street<br>Trenton, NJ 08666 | Taxing Authority | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stearns<br>Card Member Services<br>P.O. Box 6353<br>Fargo, ND 58125-6353 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address | Role | Method |
|---|---|---|
| Department of Health and Senior Services<br>Office of Legal Regulatory Affairs<br>John Fitch Plaza<br>P.O. Box 360<br>Trenton, NJ 08625-0360 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Barclaycard<br>P.O. Box 41067<br>Norfolk, VA 23541 | Creditor | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Department of Environmental Protection<br>Office of Record Access<br>Attention: Bankruptcy Coordinator<br>Mail Code 401-06Q,<br>P.O. 402<br>Trenton, NJ 08625-0402 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Department of Human Services<br>Office of Legal and Regulatory Affairs<br>222 South Warren Street<br>P.O. Box 700<br>Trenton, NJ 08625-0700 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Environmental Protection Agency, Region 2<br>290 Broadway, 17th Floor 2<br>New York, NY  10007-1866 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 | Taxing Authority | ☐Hand-delivered<br>X Regular mail<br>☐Certified mail/RR<br>☐Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |