Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Robert Elliott Shanley, III

Case No.:    18-26126

Chapter:    13

Hearing Date: 

Judge:    Michael B. Kaplan

**ORDER VACATING**
CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS, EXTENDED TO MAY 19, 2019

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF ISE'S CLAIMS, EXTENDED TO MAY 19, 2019

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated __MARCH 8, 2019__, be and the same is hereby vacated.

*revised 2/25/14*