| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>DAVID J. SPRONG, ESQ.<br>(djsprong@becker.legal)<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>-and-<br>**MULVANEY & HAHN, LLC**<br>115 Route 46 West, Building F<br>Mountain Lakes, NJ  07046<br>(973) 784-3504<br>KEVIN M. HAHN, ESQ.<br>(kevin@mulvaneyandhahn.com)<br>Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | **Order Filed on March 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In re:<br><br>ROBERT ELLIOTT SHANLEY III,<br><br><br>Debtor. | Case No. 18-26126 (MBK)<br><br>Chapter 13<br><br>**Hearing Date:     On Consent** |

**CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS**

Based on the subjoined consent of the parties set forth on page three (3) of this

Consent Order, the relief set forth in paragraphs 1 and 2 on the following page numbered

two (2), is hereby **ORDERED.**

**DATED: March 14, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:**  Robert Elliott Shanley III

**Case No.**  18-26126 (MBK)

**Caption:**  *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims*

___

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC and Mulvaney & Hahn, LLC, co-counsel to ISE America, Inc. and ISE Farms, Inc. (together, collectively, "ISE"), and Collins, Vella & Casello, L.L.C., counsel to the debtor herein, Robert Elliott Shanley III (the "Debtor"); and it appearing from the subjoined consent of their counsel that ISE and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1.  The time for ISE to file a proof of claim in the Debtor's above-captioned proceedings for reorganization pursuant to Chapter 13 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

2.  The time for ISE to file a complaint to determine the dischargeability of ISE's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to May 19, 2019, without prejudice to further extensions.

**Debtor:**   Robert Elliott Shanley III

**Case No.**  18-26126 (MBK)

**Caption:**   *Consent Order Extending Time for ISE America, Inc. and ISE Farms, Inc. (i) to File a Proof of Claim and (ii) to File a Complaint to Determine the Dischargeability of ISE's Claims*

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **MULVANEY & HAHN, LLC**<br>    - and -<br>**BECKER LLC**<br>Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | **COLLINS, VELLA & CASELLO, L.L.C.**<br>Counsel to the Debtor, Robert Elliott Shanley, III |
| By:  */s/ J. Alex Kress*<br>         J. Alex Kress | By:  /s/  *Joseph M. Casello*<br>         Joseph M. Casello |
| Dated: March 4, 2019 | Dated: March 1, 2019 |