Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-26126 |
|---|---|---|
| Robert Elliott Shanley, III | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

**ORDER VACATING**
CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC. (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF ISE'S CLAIMS, EXTENDED TO MAY 19, 2019

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

CONSENT ORDER EXTENDING TIME FOR ISE AMERICA, INC. AND ISE FARMS, INC (I) TO FILE A PROOF OF CLAIM AND (II) TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF ISE'S CLAIMS, EXTENDED TO MAY 19, 2019

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated  MARCH 8, 2019 , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26126-MBK
Robert Elliott Shanley, III                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db              +Robert Elliott Shanley, III,    PO Box 641,    Navesink, NJ 07752-0641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              J. Alex Kress    on behalf of Creditor    ISE Farms, Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    ISE America Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Joseph Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10