| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | **Order Filed on May 2, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>   Robert Elliott Shanley III<br>   Evane McLeane Shanley<br><br>Debtors. | Case No.: 18-26126 MBK<br><br>Adv. No.:<br><br>Hearing Date: 4/23/19 @ 9:00 a.m..<br><br>Judge: Michael B. Kaplan |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Robert Elliott Shanley III, Evane McLeane Shanley
Case No: 18-26126 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 125 Navesink Avenue, Middletown Twp, NJ, 07752, Monmouth, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph Casello, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 19, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2018 through April 2019 for a total post-petition default of $30,369.20 (8 @ $3,796.15); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $10,000.00 to be received no later than May 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $20,369.20 will be paid over six months by Debtor remitting $3,394.86 per month for five months and $3,394.90 for one month, which additional payments shall begin on May 1, 2019 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2019, directly to Secured Creditor's servicer, M&T Bank, PO Box 1288, Buffalo, NY 14240 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26126-MBK
Robert Elliott Shanley, III                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: May 02, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db              +Robert Elliott Shanley, III,    PO Box 641,    Navesink, NJ 07752-0641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              J. Alex Kress    on behalf of Creditor    ISE Farms, Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    ISE America Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Joseph Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10