Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–26126–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Elliott Shanley III
PO Box 641
Navesink, NJ 07752

Social Security No.:
xxx–xx–8423

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 10, 2018 and a confirmation hearing on such Plan has been scheduled for August 14, 2019.

The debtor filed a Modified Plan on August 2 2019 and a confirmation hearing on the Modified Plan is scheduled for Sept. 11, 2019 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 6, 2019
JAN: pbf

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                 Case No. 18-26126-MBK
Robert Elliott Shanley, III                                            Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 2               Date Rcvd: Aug 06, 2019
                                Form ID: 186                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db             +Robert Elliott Shanley, III,    PO Box 641,    Navesink, NJ 07752-0641
cr              ISE Farms, Inc.,    110 Good Springs Road,    Brodway, NJ 08808
517697928      +American Express,    Bankruptcy Department,    P.O. Box 981540,    El Paso, TX 79998-1540
517756276       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517697929       Bank West,    PO Box 4024,    Alameda, CA 94501-0424
517697930       Barclay Card,    P.O. Box 8833,    Wilmington, DE 19899-8833
517697931       Chase,   Card Memebr Service,    P.O. Box 15548,    Wilmington, DE 19886-5548
517697932       Citi,   Po Box 6004,    Sioux Falls, SD 57117-6004
517697934       Evane McLean Shanley,    PO Box 32,    Navesink, NJ 07752-0032
517697935       Home Depot Credit,    PO Box 9601010,    Louisville, KY 40290-1010
517974198      +ISE America, Inc.,    12201 Massey Road,    Massey, MD 21650-1614
517974199       ISE Farms, Inc.,    110 Good Springs Road,    Broadway, NJ 08808
517697937      +KML Law Group,    701 Market Street,    #5000,    Philadelphia, PA 19106-1541
517697941       Pension Parameter, Inc.,    675 Line Road,    Aberdeen, NJ 07747-1246
517697942     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517697943       Stearns,   Card Memebr Services,    P O Box 6353,    Fargo, ND 58125-6353
517800480      +U.S. BANK NATIONAL ASSOCIATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517782329       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
517767392     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 5229,    Cincinnati, Ohio 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517735742      +E-mail/Text: bknotices@bankofthewest.com Aug 07 2019 00:00:15      BANK OF THE WEST,
                 2527 CAMINO RAMON,    SAN RAMON CA 94583-4213
517697933       E-mail/Text: mrdiscen@discover.com Aug 06 2019 23:59:13      Discover Card,    PO Box 15316,
                 Wilmington, DE 19850-5316
517697936       E-mail/Text: cio.bncmail@irs.gov Aug 06 2019 23:59:31      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517756909       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 00:02:41
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517697938      +E-mail/Text: bk@lendingclub.com Aug 07 2019 00:00:27      Lending Club Corp.,
                 71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
517697939       E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:48      Lowes,    P.O. Box 530970,
                 Atlanta, GA 30353-0970
517697940       E-mail/Text: camanagement@mtb.com Aug 06 2019 23:59:44      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517789887       E-mail/Text: camanagement@mtb.com Aug 06 2019 23:59:44      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
517801771       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 00:01:27
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517710992       E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 23:59:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517700139      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517697944       E-mail/Text: bankruptcy@td.com Aug 07 2019 00:00:10      TD Bank,    PO Box 5400,
                 Lewiston, ME 04243
517829002       E-mail/Text: bankruptcy@td.com Aug 07 2019 00:00:10      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +ISE America Inc.,    12201 Massey Road,    Massey, MD 21650-1614
cr*            +U.S. Bank National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517767075*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
                 a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
517697945*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    NJ-Indirect Lending,    PO Box 790179,
                 Saint Louis, MO 63179-0179)
                                                                                   TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Aug 06, 2019
                               Form ID: 186                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank National Association
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
           informationathnk@aol.com
          J. Alex Kress    on behalf of Creditor    ISE Farms, Inc. akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Creditor    ISE America Inc. akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          Joseph  Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
           jcasello627@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```