**STATISTICAL INFORMATION ONLY:** Debtor must select the number of each of the following items included in the Plan.

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Robert Elliot Shanley, III

Case No.: 18-26126

Judge: Kaplan

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: August 1, 2019

☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _/s/_   Initial Debtor: _RES_   Initial Co-Debtor: _____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __500__ per __month__ to the Chapter 13 Trustee, starting on __August 1, 2019__ for approximately __24__ months. $2,350 per month for 36 months starting August 2020.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

The Debtor is a member of a limited liability company developing a large solar project that will reach certain development milestones in 2020. The company will receive milestone payments. The Debtor shall make additional payments to the Trustee on the following schedule: January 2020 $60,000; March 2020 $75,000; May 2020 $75,000; August 2020 $100,000; December 2020 $125,000; August 2021 $75,000.

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

| Part 2: | Adequate Protection ☐ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____1150_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____M&T Bank_____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Priority Tax Claim | $305,241.54 |
| State of New Jersey Division of Taxation | Priority Tax Claim | $30,704.82 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank | 125 Navesink Ave Middletown, NJ | $106,559.60 | N/A | $106,559.60 | $3,796.15 |
| TD Bank | 198 Grand Avenue Navesink, NJ | $77,109.90 | N/A | $77,109.90 | $2,893 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bank of the West | 2007 22' Scout Motorboat | Unkown | $0 |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

U.S. Bank National Association Bankruptcy Department - Vovlo

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| State of New Jersey Division of Taxation | Judgment Lien | $25,458.35 |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

    a. **Vesting of Property of the Estate**

        ☒ Upon confirmation

        ☐ Upon discharge

    b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Secured Creditors
3) Priority Creditors
4) Unsecured Creditors

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: September 10, 2018            .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to cure and reinstate the mortgage loans on two parcels of real property owned by the Debtor. | The Debtor's company is involved in a solar project that will achieve certain development milestones in 2020. Attaining these milestones will result in the Debtor's company receiving significant distributions that will fund the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: _____        _____
                                     Debtor

Date: _____        _____
                                     Joint Debtor

Date: 8-2-19                         _____
                                     Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-26126-MBK
Robert Elliott Shanley, III                                         Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                   Date Rcvd: Aug 06, 2019
                               Form ID: pdf901              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db             +Robert Elliott Shanley, III,    PO Box 641,   Navesink, NJ 07752-0641
cr              ISE Farms, Inc.,    110 Good Springs Road,   Brodway, NJ 08808
517697928      +American Express,    Bankruptcy Department,    P.O. Box 981540,    El Paso, TX 79998-1540
517756276       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517697929       Bank West,    PO Box 4024,    Alameda, CA 94501-0424
517697930       Barclay Card,    P.O. Box 8833,   Wilmington, DE 19899-8833
517697931       Chase,    Card Memebr Service,    P.O. Box 15548,   Wilmington, DE 19886-5548
517697932       Citi,    Po Box 6004,    Sioux Falls, SD 57117-6004
517697934       Evane McLean Shanley,    PO Box 32,    Navesink, NJ 07752-0032
517697935       Home Depot Credit,    PO Box 9601010,    Louisville, KY 40290-1010
517974198      +ISE America, Inc.,    12201 Massey Road,   Massey, MD 21650-1614
517974199       ISE Farms, Inc.,    110 Good Springs Road,   Broadway, NJ 08808
517697937      +KML Law Group,    701 Market Street,    #5000,   Philadelphia, PA 19106-1541
517697941       Pension Parameter, Inc.,    675 Line Road,   Aberdeen, NJ 07747-1246
517697942     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517697943       Stearns,    Card Memebr Services,    P O Box 6353,   Fargo, ND 58125-6353
517800480      +U.S. BANK NATIONAL ASSOCIATION,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517782329       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
517767392     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 5229,   Cincinnati, Ohio 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517735742      +E-mail/Text: bknotices@bankofthewest.com Aug 07 2019 00:00:14     BANK OF THE WEST,
                 2527 CAMINO RAMON,    SAN RAMON CA 94583-4213
517697933       E-mail/Text: mrdiscen@discover.com Aug 06 2019 23:59:13     Discover Card,    PO Box 15316,
                 Wilmington, DE 19850-5316
517697936       E-mail/Text: cio.bncmail@irs.gov Aug 06 2019 23:59:30     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517756909       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 00:01:30
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517697938      +E-mail/Text: bk@lendingclub.com Aug 07 2019 00:00:27     Lending Club Corp.,
                 71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
517697939       E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:18     Lowes,    P.O. Box 530970,
                 Atlanta, GA 30353-0970
517697940       E-mail/Text: camanagement@mtb.com Aug 06 2019 23:59:44     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
517789887       E-mail/Text: camanagement@mtb.com Aug 06 2019 23:59:44     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
517801771       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 00:02:03
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,    Norfolk VA 23541
517710992       E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2019 23:59:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
517700139      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:50     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517697944       E-mail/Text: bankruptcy@td.com Aug 07 2019 00:00:10     TD Bank,    PO Box 5400,
                 Lewiston, ME 04243
517829002       E-mail/Text: bankruptcy@td.com Aug 07 2019 00:00:10     TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,   Falmouth, ME 04105
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +ISE America Inc.,    12201 Massey Road,   Massey, MD 21650-1614
cr*            +U.S. Bank National Association,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517767075*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
                 a division of U.S. Bank N.A.,    4801 Frederica Street,   Owensboro, Kentucky 42301)
517697945*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,   NJ-Indirect Lending,    PO Box 790179,
                 Saint Louis, MO 63179-0179)
                                                                                              TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 06, 2019
                              Form ID: pdf901          Total Noticed: 34
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan     on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              J. Alex Kress     on behalf of Creditor    ISE Farms, Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress     on behalf of Creditor    ISE America Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Joseph Casello     on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Richard James Tracy, III     on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```