| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-26126 / MBK**

Robert Elliott Shanley, III

Petition Filed Date: 08/13/2018
341 Hearing Date: 09/20/2018
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $300.00 | 55237820 | 03/06/2019 | $300.00 | 56818820 | 04/03/2019 | $300.00 | 57547620 |
| 05/07/2019 | $300.00 | 58436570 | 06/06/2019 | $300.00 | 59203710 | 07/08/2019 | $300.00 | 59996850 |
| 08/05/2019 | $300.00 | 60727350 | 09/04/2019 | $500.00 | 61483300 | 10/02/2019 | $500.00 | 62240230 |
| 11/04/2019 | $500.00 | 63069130 | 12/05/2019 | $500.00 | 63833970 | | | |

**Total Receipts for the Period: $4,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $66,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH CASELLO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $6,010.98 | $0.00 | $6,010.98 |
| 2 | INTERNAL REVENUE SERVICE | Priority Crediors | $305,241.54 | $0.00 | $305,241.54 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2012 | Unsecured Creditors | $90,380.33 | $0.00 | $90,380.33 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $829.33 | $0.00 | $829.33 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $20,119.31 | $0.00 | $20,119.31 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,964.22 | $0.00 | $3,964.22 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»» 20110 VOLVO XC90 | Debt Secured by Vehicle | $30.59 | $0.00 | $30.59 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,015.74 | $0.00 | $1,015.74 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $71.25 | $0.00 | $71.25 |
| 10 | NJ DIVISION OF TAXATION<br>»» TGI- 2014 | Secured Creditors | $25,458.35 | $542.14 | $24,916.21 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-2015-2017 | Priority Crediors | $30,704.82 | $0.00 | $30,704.82 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-2014-2015,2017 | Unsecured Creditors | $6,948.00 | $0.00 | $6,948.00 |
| 13 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $19,444.13 | $0.00 | $19,444.13 |
| 14 | M&T Bank<br>»» NP/125 NAVESINK AVE/1ST MTG | Mortgage Arrears | $106,559.60 | $2,269.17 | $104,290.43 |

**Chapter 13 Case No. 18-26126 / MBK**

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $12,866.70 | $0.00 | $12,866.70 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $9,811.15 | $0.00 | $9,811.15 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,452.15 | $0.00 | $2,452.15 |
| 18 | TD BANK, N.A.<br>»» P/198 GRAND AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A.<br>»» P/198 GRAND AVE/1ST MTG | Mortgage Arrears | $77,109.90 | $1,642.05 | $75,467.85 |
| 20 | TD BANK, N.A.<br>»» P/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 21 | Evane McLean Shanley | Support Arrears | $0.00 | $0.00 | $0.00 |
| 22 | M&T Bank<br>»» NP/125 NAVESINK AVE/ORDER 5/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 23 | Bank West<br>»» 2007 22' SCOUT MOTORBOAT | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $66,300.00 | Plan Balance: | $539,964.00 ** |
| Paid to Claims: | $4,984.36 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $4,707.00 | Arrearages: | $0.00 |
| Funds on Hand: | $56,608.64 | Total Plan Base: | $606,264.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.