| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 18-26126 / MBK

Robert Elliott Shanley, III

Petition Filed Date: 08/13/2018
341 Hearing Date: 09/20/2018
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $500.00 | 64699160 | 01/31/2020 | $60,000.00 | 1500607526 | 02/07/2020 | $500.00 | 65457810 |
| 03/16/2020 | $500.00 | 66383600 | 04/03/2020 | $500.00 | 66889340 | 05/06/2020 | $500.00 | 67739020 |
| 05/06/2020 | $9,000.00 | 67739090 | 05/06/2020 | $9,500.00 | 67739140 | 05/06/2020 | $9,750.00 | 67739190 |
| 05/06/2020 | $9,250.00 | 67739210 | 05/06/2020 | $8,000.00 | 67739320 | 05/07/2020 | $4,500.00 | 67739560 |
| 06/19/2020 | $9,000.00 | 68768720 | 06/19/2020 | $9,250.00 | 68768800 | 06/19/2020 | $9,500.00 | 68768850 |
| 06/19/2020 | $9,750.00 | 68768860 | 06/19/2020 | $7,500.00 | 68768900 | 06/19/2020 | $5,000.00 | 68768920 |
| 06/19/2020 | $500.00 | 68768940 | 07/08/2020 | $500.00 | 69265540 | 07/08/2020 | $9,500.00 | 69265590 |
| 07/08/2020 | $9,000.00 | 69265630 | 07/08/2020 | $6,500.00 | 69265650 | 09/04/2020 | $2,350.00 | 70636560 |
| 09/04/2020 | $5,000.00 | 70636630 | 09/16/2020 | $5,000.00 | 70900820 | 09/28/2020 | $5,000.00 | 71156840 |
| 10/02/2020 | $2,350.00 | 71282530 | 10/02/2020 | $2,500.00 | 71333490 | 10/19/2020 | $2,350.00 | 71639630 |
| 10/19/2020 | $2,500.00 | 71639640 | 10/28/2020 | $5,000.00 | 71887960 | 10/28/2020 | $5,050.00 | 71888710 |
| 11/04/2020 | $2,350.00 | 72121470 | 11/23/2020 | $5,000.00 | 72516740 | 12/03/2020 | $3,138.00 | 72806760 |
| 12/03/2020 | $5,000.00 | 72806780 | 12/16/2020 | $3,500.00 | 73110080 | 01/04/2021 | $1,500.00 | 73479850 |
| 01/04/2021 | $5,000.00 | 73479750 | 02/03/2021 | $2,350.00 | 74308200 | | | |

**Total Receipts for the Period:  $253,438.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $258,738.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  LOWES | Unsecured Creditors | $6,010.98 | $0.00 | $6,010.98 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2013-2017 TAX PERIODS | Priority Crediors | $305,241.54 | $16,952.28 | $288,289.26 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2012 | Unsecured Creditors | $90,380.33 | $0.00 | $90,380.33 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $829.33 | $0.00 | $829.33 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $20,119.31 | $0.00 | $20,119.31 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,964.22 | $0.00 | $3,964.22 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»»  2011 VOLVO XC90 | Debt Secured by Vehicle | $30.59 | $30.59 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,015.74 | $0.00 | $1,015.74 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $71.25 | $0.00 | $71.25 |

**Chapter 13 Case No. 18-26126 / MBK**

| | | | | | |
|---|---|---|---|---|---:|
| 10 | NJ DIVISION OF TAXATION<br>»» TGI- 2014 | Secured Creditors | $25,458.35 | $25,458.35 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-2015-2017 | Priority Crediors | $30,704.82 | $1,705.26 | $28,999.56 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-2014-2015/COSTS 4/2017 | Unsecured Creditors | $6,948.00 | $0.00 | $6,948.00 |
| 13 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $19,444.13 | $0.00 | $19,444.13 |
| 14 | M&T Bank<br>»» NP/125 NAVESINK AVE/1ST MTG | Mortgage Arrears | $106,559.60 | $106,559.60 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $12,866.70 | $0.00 | $12,866.70 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $9,811.15 | $0.00 | $9,811.15 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,452.15 | $0.00 | $2,452.15 |
| 18 | TD BANK, N.A.<br>»» P/198 GRAND AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A.<br>»» P/198 GRAND AVE/1ST MTG | Mortgage Arrears | $77,109.90 | $77,109.90 | $0.00 |
| 20 | TD BANK, N.A.<br>»» P/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 21 | Evane McLean Shanley | Support Arrears | $0.00 | $0.00 | $0.00 |
| 22 | M&T Bank<br>»» NP/125 NAVESINK AVE/1ST MTG/ORDER 5/2/1 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 23 | Bank West<br>»» 2007 22' SCOUT MOTORBOAT | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $258,738.00 | Plan Balance: | $347,526.00 ** |
| Paid to Claims: | $228,346.98 | Current Monthly Payment: | $2,350.00 |
| Paid to Trustee: | $22,080.87 | Arrearages: | $176,238.00 |
| Funds on Hand: | $8,310.15 | Total Plan Base: | $606,264.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.