UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph Casello, Esq.
Attorneys for the Debtor

In Re:

Robert Elliot Shanley, III

Case No.: 18-26126
Judge: Kaplan
Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by     TD Bank, N.A.    , creditor,

    A hearing has been scheduled for    May 18, 2021   , at  9:00 a.m. .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☒ Payments have been made in the amount of $    30,000.00   , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 4/23/2021

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

| Date Range | | From | To |
|---|---|---|---|
| Specific date range | Up To 24 months | Numeric date starting with the month | |

**Filter By**

| All | ▼ | Select from list | ▼ |
|---|---|---|---|

☐ eBills Only

Showing TD Bank payments. Clear Filter

Showing 1 - 25 of 25 payments                                                                                       page

| Description | Amount | Deliver By | Status |
|---|---|---|---|
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 4-7-21 | Processed<br>Cfm # RBCKF-TWYHZ |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 3-12-21 | Processed<br>Cfm # R6XQ6-5LV0L |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 2-1-21 | Processed<br>Cfm # R1BXG-TQ772 |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 1-4-21 | Processed<br>Cfm # R0BFG-R352L |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 12-1-20 | Processed<br>Cfm # QVKLL-02TH5 |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 11-2-20 | Processed<br>Cfm # QSN8F-DXTQL |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 10-1-20 | Processed<br>Cfm # QKMSH-CDW04 |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 9-1-20 | Processed<br>Cfm # QHT2S-8R006 |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 8-3-20 | Processed<br>Cfm # QHT2H-LBCY1 |
| TD Bank<br>198 TD Mortgage *9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 7-6-20 | Processed<br>Cfm # QDWWN-SXRNF |
| TD Bank<br>198 TD Mortgage *9040 | $500.00<br>ADV TIERED INTEREST CHKG *6389 | 6-19-20 | Processed<br>Cfm # QFSP2-Q372K |

**Total**                                                                    $74,001.00    Scheduled, In Process, and Processed payments only, including any fees.

| Description | Amount | Deliver By | Status |
|---|---|---|---|
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 6-1-20 | Processed<br>Cfm # Q9B7K-BZHDK |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 5-1-20 | Processed<br>Cfm # Q6M55-JFHHM |
| TD Bank<br>198 TD Mortgage<br>*9040 | $4,500.00<br>ADV TIERED INTEREST CHKG *6389 | 4-1-20 | Processed<br>Cfm # Q3SGJ-NB353 |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 3-2-20 | Processed<br>Cfm # Q07BZ-LJBPN |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 2-3-20 | Processed<br>Cfm # PY3NS-8LD77 |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 1-9-20 | Processed<br>Cfm # PX2N7-Q22QQ |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 12-30-19 | Processed<br>Cfm # PRB62-HNVJT |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 11-12-19 | Processed<br>Cfm # PNLSF-0NQL4 |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 10-11-19 | Processed<br>Cfm # PK121-SB5W9 |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 9-6-19 | Processed<br>Cfm # PF3D0-Z6GFZ |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 8-6-19 | Processed<br>Cfm # PCWGK-89NV5 |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 7-19-19 | Processed<br>Cfm # P8V9D-NFRHX |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,001.00<br>ADV TIERED INTEREST CHKG *6389 | 6-7-19 | Processed<br>Cfm # P5QFG-JH5KY |
| TD Bank<br>198 TD Mortgage<br>*9040 | $3,000.00<br>ADV TIERED INTEREST CHKG *6389 | 5-9-19 | Processed<br>Cfm # P2YJG-QG4Z2 |
| **Total** | | $74,001.00 | Scheduled, In Process, and Processed payments only, including any fees. |

Showing 1 - 25 of 25 payments

page