UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey  07738
(518) 786-9069
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor TD Bank, N.A.

In Re:

    Robert Elliott Shanley, III,

               Debtor.

Case No.:    18-26126-mbk

Chapter:    13

Hearing Date:    8/25/2021

Judge:    Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from Stay

_____

Date: 8/19/2021

/s/ Richard Gerbino
Signature

*rev.8/1/15*