DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey  07738
(518) 786-9069
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor TD Bank, N.A.

**Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Robert Elliott Shanley, III,

               Debtor.

Case No.: 18-26126-mbk

Hearing Date: 8/25/2021 @ 10:00 a.m.

Judge: Hon. Michael B. Kaplan

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF
FROM AUTOMATIC STAY AND
CO DEBTOR STAY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: September 2, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliott Shanley, III
Case No.: 18-26126-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from  Automatic Stay and Co Debtor Stay**

---

WHEREAS, TD Bank, N.A. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and 1301(c), authorizing relief from automatic stay and co-debtor stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall cure post-petition default in the amount of  $20,820.45 by making one (1) payment in the amount of $20,820.45 to the creditor on or before September 30, 2021.

2. That the debtor shall continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before September 1, 2021.

2. In the event debtor fails to make any payment called for in this Consent Order withing thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay and Co Debtor Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay and co debtor stay unless the debtor has filed an objection to the

certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

3. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $188.00 for bringing the motion for relief from the automatic stay and co debtor stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ Joseph Casello* |
| Richard Gerbino, Esq. | Joseph Casello, Esq. |
| Attorney for TD Bank, N.A. | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Collins, Vella & Casello |
| 716 Newman Springs Road, Suite 372 | 2317 Route 34 South, Suite 1A |
| Lincroft, New Jersey  07738 | Manasquan, New Jersey  08736 |
| | |
| Dated: August 20, 2021 | Dated: August 19, 2021 |