| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-26126 / MBK

Robert Elliott Shanley, III

Petition Filed Date: 08/13/2018
341 Hearing Date: 09/20/2018
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,500.00 | 73479850 | 01/04/2021 | $5,000.00 | 73479750 | 02/03/2021 | $2,350.00 | 74308200 |
| 04/07/2021 | $2,350.00 | 75856160 | 04/07/2021 | $9,950.00 | 75856200 | 04/07/2021 | $9,900.00 | 75856220 |
| 04/07/2021 | $9,850.00 | 75856270 | 04/07/2021 | $9,800.00 | 75856300 | 04/07/2021 | $9,750.00 | 75856310 |
| 04/07/2021 | $9,700.00 | 75856340 | 04/07/2021 | $9,650.00 | 75856360 | 04/07/2021 | $9,600.00 | 75856400 |
| 04/07/2021 | $9,550.00 | 75856420 | 04/07/2021 | $9,500.00 | 75856460 | 04/07/2021 | $9,450.00 | 75856490 |
| 04/07/2021 | $9,400.00 | 75856510 | 04/07/2021 | $9,350.00 | 75856520 | 04/07/2021 | $9,300.00 | 75856530 |
| 04/08/2021 | $9,250.00 | 75856750 | 04/08/2021 | $9,200.00 | 75856790 | 04/08/2021 | $9,150.00 | 75856820 |
| 04/08/2021 | $9,100.00 | 75856860 | 04/08/2021 | $4,787.00 | 75856920 | 05/19/2021 | $2,350.00 | 76802910 |
| 06/15/2021 | $2,350.00 | 77443060 | 07/12/2021 | $2,350.00 | 78034360 | 09/08/2021 | $2,350.00 | 79358160 |
| 09/13/2021 | $7,500.00 | 79432840 | 10/01/2021 | $2,500.00 | 79789600 | 10/06/2021 | $2,350.00 | 79997750 |
| 10/07/2021 | $2,500.00 | 79998280 | 10/18/2021 | $2,500.00 | 80210640 | 11/12/2021 | $5,000.00 | 80734200 |
| 11/29/2021 | $2,500.00 | 81076080 | 12/08/2021 | $5,000.00 | 81337230 | 12/28/2021 | $2,500.00 | 81628840 |
| 01/03/2022 | $2,500.00 | 81800740 | 01/06/2022 | $2,500.00 | 81942900 | 01/27/2022 | $2,500.00 | 82348620 |
| 01/28/2022 | $2,500.00 | 82346510 | | | | | | |

**Total Receipts for the Period:  $239,187.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $489,075.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  LOWES | Unsecured Creditors | $6,010.98 | $0.00 | $6,010.98 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2013-2017 TAX PERIODS | Priority Crediors | $305,241.54 | $211,193.08 | $94,048.46 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2012 | Unsecured Creditors | $90,380.33 | $0.00 | $90,380.33 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $829.33 | $0.00 | $829.33 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $20,119.31 | $0.00 | $20,119.31 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,964.22 | $0.00 | $3,964.22 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»»  2011 VOLVO XC90 | Debt Secured by Vehicle | $30.59 | $30.59 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,015.74 | $0.00 | $1,015.74 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $71.25 | $0.00 | $71.25 |

**Chapter 13 Case No. 18-26126 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI- 2014 | Secured Creditors | $25,458.35 | $25,458.35 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-2015-2017 | Priority Crediors | $30,704.82 | $21,244.30 | $9,460.52 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI-2014-2015/COSTS 4/2017 | Unsecured Creditors | $6,948.00 | $0.00 | $6,948.00 |
| 13 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $19,444.13 | $0.00 | $19,444.13 |
| 14 | M&T Bank<br>»»  NP/125 NAVESINK AVE/1ST MTG | Mortgage Arrears | $106,559.60 | $106,559.60 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $12,866.70 | $0.00 | $12,866.70 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $9,811.15 | $0.00 | $9,811.15 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $2,452.15 | $0.00 | $2,452.15 |
| 18 | TD BANK, N.A.<br>»»  P/198 GRAND AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A.<br>»»  P/198 GRAND AVE/1ST MTG | Mortgage Arrears | $77,109.90 | $77,109.90 | $0.00 |
| 20 | TD BANK, N.A.<br>»»  P/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 21 | Evane McLean Shanley | Support Arrears | $0.00 | $0.00 | $0.00 |
| 22 | M&T Bank<br>»»  NP/125 NAVESINK AVE/1ST MTG/ORDER 5/2/1 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 23 | Bank West<br>»»  2007 22' SCOUT MOTORBOAT | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 24 | TD BANK, N.A.<br>»»  198 GRAND AVE/ATTY FEES 9/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $489,075.00 | Plan Balance: | $117,787.00 ** |
| Paid to Claims: | $442,664.82 | Current Monthly Payment: | $2,350.00 |
| Paid to Trustee: | $37,250.18 | Arrearages: | $74,889.00 |
| Funds on Hand: | $9,160.00 | Total Plan Base: | $606,862.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.