| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COLLINS, VELLA & CASELLO, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph Casello, Esq.<br>Attorneys for the Debtor | Case No.: 18-26126<br><br>Chapter: 13 |
| In Re:<br><br>Robert Elliot Shanley, III | Adv. No.: <br><br>Hearing Date: <br><br>Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Joseph M. Casello_____, who represents _____the Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____May 2, 2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Application for Entry of Order to Re-Capitalize Debtor's Plan Payments to Trustee
   2. Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __5/2/2022__                              _Courtney Parker_
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center – Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard J. Tracy, III, Esq.<br>SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302 | Attorneys for Creditor, TD Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RAS Citron, LLC<br>Bankruptcy Department<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Attorneys for U.S. Bank National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aleisha C. Jennings, Esq.<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Attorneys for U.S. Bank National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Alex Kress, Esq.<br>BECKER LLC<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, NJ 07039 | Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin M. Hahn, Esq.<br>MULVANEY & HAHN, LLC<br>115 Route 46 West, Building F<br>Mountain Lakes, NJ 07046 | Co-Counsel for ISE America, Inc. and ISE Farms, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*