| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Joseph Casello, Esq.<br>Collins, Vella & Casello<br>2317 Route 34 South - Suite I A<br>Manasquan, NJ 08736<br>Attorney for Debtor(s) | **Order Filed on May 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Robert Elliott Shanley, Ill<br><br><br>Debtor(s) | Case No. 18-26126 / MBK<br><br>Judge: Honorable Michael B. Kaplan<br><br>Chapter 13 |

### ORDER TO RE-CAPITALIZE
### DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-l(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

I. The debtor(s) payments to the trustee be adjusted as follows:

- $494,425.00 paid to date (43 month[s])
- $6615.00 for 17 month[s] beginning 4/1/22

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.