UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Route 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorney for the Debtor

In Re:

Robert Elliot Shanley III

Case No.: _____18-26126_____

Judge: _____Kaplan_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____January 25, 2023_____, at __9:00__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____48,500_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12.14.22

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



Home (/main/home.asp)    Settings (https://onlinebillpresentmentandpayment.truist.com/Settings/settings.asp)    Logoff (https://onlinebillpresentmentan

**Main Menu**

Payments

Settings

**Welcome Elliott Shanley**

You last visited us on 13 Dec 2022 at 12:43 PM

| Make A Payment | **Scheduled Payments** | Payment History |

**Online Payment ID**    18261268423

**Albert Russo, Standing Chapter 13 Trustee**    Albert Russo

| ID | Date Created | Status | Type | Method | Payment Date | Total Amount |
|---|---|---|---|---|---|---|
| 8882437 | 13 Dec 2022 12:44 PM | Scheduled | Single | ACH | Tue  13 Dec 2022 | $ 9,501.50 |
| 8882441 | 13 Dec 2022 12:44 PM | Scheduled | Single | ACH | Tue  13 Dec 2022 | $ 9,601.50 |
| 8882444 | 13 Dec 2022 12:45 PM | Scheduled | Single | ACH | Tue  13 Dec 2022 | $ 9,701.50 |
| 8882446 | 13 Dec 2022 12:46 PM | Scheduled | Single | ACH | Tue  13 Dec 2022 | $ 9,801.50 |
| 8882456 | 13 Dec 2022 12:48 PM | Scheduled | Single | ACH | Tue  13 Dec 2022 | $ 9,901.50 |