| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-26126 / MBK**

Robert Elliott Shanley, III

Petition Filed Date: 08/13/2018
341 Hearing Date: 09/20/2018
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $2,500.00 | 81800740 | 01/06/2022 | $2,500.00 | 81942900 | 01/27/2022 | $2,500.00 | 82348620 |
| 01/28/2022 | $2,500.00 | 82346510 | 02/10/2022 | $2,350.00 | 82675220 | 02/28/2022 | $3,000.00 | 83018760 |
| 03/14/2022 | $5,000.00 | 83384010 | 04/18/2022 | $2,350.00 | 84036640 | 07/20/2022 | $4,000.00 | 85984020 |
| 07/27/2022 | $3,500.00 | 86108840 | 07/29/2022 | $2,000.00 | 86153720 | 08/02/2022 | $8,000.00 | 86186760 |
| 12/14/2022 | $9,500.00 | 88824370 | 12/14/2022 | $9,600.00 | 88824410 | 12/14/2022 | $9,700.00 | 88824440 |
| 12/14/2022 | $9,800.00 | 88824460 | 12/14/2022 | $9,900.00 | 88824560 | 12/21/2022 | $3,500.00 | 88942280 |
| 01/10/2023 | $1,000.00 | 89316200 | 02/02/2023 | $1,500.00 | 89756680 | 02/03/2023 | $1,000.00 | 89789410 |

**Total Receipts for the Period: $95,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $574,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $6,010.98 | $0.00 | $6,010.98 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2013-2017 TAX PERIODS | Priority Crediors | $305,241.54 | $289,339.39 | $15,902.15 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2012 | Unsecured Creditors | $90,380.33 | $0.00 | $90,380.33 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $829.33 | $0.00 | $829.33 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $20,119.31 | $0.00 | $20,119.31 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,964.22 | $0.00 | $3,964.22 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»» 2011 VOLVO XC90 | Debt Secured by Vehicle | $30.59 | $30.59 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,015.74 | $0.00 | $1,015.74 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $71.25 | $0.00 | $71.25 |
| 10 | NJ DIVISION OF TAXATION<br>»» TGI- 2014 | Secured Creditors | $25,458.35 | $25,458.35 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-2015-2017 | Priority Crediors | $30,704.82 | $29,105.19 | $1,599.63 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-2014-2015/COSTS 4/2017 | Unsecured Creditors | $6,948.00 | $0.00 | $6,948.00 |

**Chapter 13 Case No. 18-26126 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | U.S. BANK NATIONAL ASSOCIATION<br>»» POWER NJ | Unsecured Creditors | $19,312.19 | $0.00 | $19,312.19 |
| 14 | M&T Bank<br>»» NP/125 NAVESINK AVE/1ST MTG | Mortgage Arrears | $106,559.60 | $106,559.60 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $12,866.70 | $0.00 | $12,866.70 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $9,811.15 | $0.00 | $9,811.15 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,452.15 | $0.00 | $2,452.15 |
| 18 | TD BANK, N.A.<br>»» P/198 GRAND AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A.<br>»» P/198 GRAND AVE/1ST MTG | Mortgage Arrears | $77,109.90 | $77,109.90 | $0.00 |
| 20 | TD BANK, N.A.<br>»» P/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 21 | Evane McLean Shanley | Support Arrears | $0.00 | $0.00 | $0.00 |
| 22 | M&T Bank<br>»» NP/125 NAVESINK AVE/1ST MTG/ATTY FEES ORDER 5/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 23 | Bank West<br>»» 2007 22' SCOUT MOTORBOAT | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 24 | TD BANK, N.A.<br>»» P/198 GRAND AVE/1ST MTG/ATTY FEES 9/2/21 ORD | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $574,775.00 | Plan Balance: | $32,087.00 ** |
| Paid to Claims: | $528,672.02 | Current Monthly Payment: | $6,615.00 |
| Paid to Trustee: | $43,782.98 | Arrearages: | $4,030.00 |
| Funds on Hand: | $2,320.00 | Total Plan Base: | $606,862.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.