UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____                    ___*Elliott Shanley*___
                                                 Debtor's Signature

Date: _____                    _____
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 05/08/2023 | | Debit Card | | Cleared |
| 04/10/2023 | | Bill Pay | | Cleared |
| 04/10/2023 | | Bill Pay | | Cleared |
| 04/06/2023 | | Debit Card | | Cleared |
| 03/10/2023 | | Bill Pay | | Cleared |
| 03/06/2023 | | Debit Card | | Cleared |
| 02/13/2023 | | Bill Pay | | Cleared |
| 02/10/2023 | | Bill Pay | | Cleared |
| 02/08/2023 | | Withdrawal | | Cleared |
| 02/06/2023 | | Debit Card | | Cleared |
| 01/10/2023 | | Bill Pay | | Cleared |
| 01/10/2023 | TD BANK Bill Payment | Bill Pay | -$1,147.81 | Cleared |
| 01/06/2023 | | Debit Card | | Cleared |