Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.:  18−26126−MBK  
Chapter:  13  
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Elliott Shanley III  
   PO Box 641  
   Navesink, NJ 07752

Social Security No.:  
   xxx−xx−8423

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/9/23 at 09:00 AM

to consider and act upon the following:

*81* − Creditor's Certification of Default (related document:69 Consent Order) filed by Ryan A. Gower on behalf of TD Bank, N.A.. Objection deadline is 07/12/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gower, Ryan)

Dated: 7/10/23

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court