UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DUANE MORRIS, LLP
By: Ryan A. Gower     Atty. ID: RG4645
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1586
Attorneys for Creditor: TD Bank, N.A.

Order Filed on July 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT ELLIOTT SHANLEY, III

| | |
|---|---|
| Case No.: | 18-26126-MBK |
| Judge: | Hon. Michael B. Kaplan |
| Hearing Date(s): | 7/19/2023 |
| Chapter: | 13 |

Recommended Local Form     ☒ Followed     ☐ Modified

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: July 31, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Applicant:                      TD Bank, N.A.

Applicant's Counsel:           Ryan A. Gower, Esquire

Debtor's Counsel:              Joseph Casello, Esquire

Property Involved ("Collateral"):    198 Grand Avenue, Navesink, NJ 07752

Relief sought:     ☒   Motion for relief from the automatic stay

                     ☐   Motion to dismiss

                     ☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒   The Debtor is overdue for __3__ months, from __05/01/2023__ to __07/01/2023__ .

    ☐   The Debtor is overdue for _____ payments at $_____ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☐   Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

    Total Arrearages Due $_____6,559.69_____ .

2. Debtor must cure all post-petition arrearages, as follows:

    ☒   Immediate payment shall be made in the amount of $__2,000.00__. Payment shall be made no later than __07/21/2023__ .

    ☒   Beginning on __08/01/2023__, regular monthly mortgage payments shall continue to be made in the amount of $__2,938.04__ .

    ☒   Beginning on __09/30/2023__, additional monthly cure payments shall be made in the amount of $__4,559.69__ for __1__ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Immediate payment:     TD Bank, N.A.
    Payment Processing, PO Box 16029
    Lewiston, ME 04243

    ☒ Regular monthly payment:     TD Bank, N.A.
    Payment Processing, PO Box 16029
    Lewiston, ME 04243

    ☒ Monthly cure payment:     TD Bank, N.A.
    Payment Processing, PO Box 16029
    Lewiston, ME 04243

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $___310.00___, and costs of $_____.

    The fees and costs are payable:

    ☐ through the Chapter 13 plan.

    ☒ to the Secured Creditor within ___60___ days.

☐ Attorneys' fees are not awarded.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-26126-MBK

Robert Elliott Shanley, III                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Aug 02, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Elliott Shanley, III, PO Box 641, Navesink, NJ 07752-0641 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor US Bank National Association hkaplan@rasnj.com kimwilson@raslg.com |
| J. Alex Kress | on behalf of Creditor ISE Farms Inc. akress@chapman.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

J. Alex Kress
 on behalf of Creditor ISE America Inc. akress@chapman.com

Joseph Casello
 on behalf of Debtor Robert Elliott Shanley III jcasello@cvclaw.net, jcasello627@gmail.com

Joseph Gunnar Devine, Jr
 on behalf of Creditor TD Bank N.A. jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino
 on behalf of Creditor TD Bank N.A. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III
 on behalf of Creditor TD Bank N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Ryan A. Gower
 on behalf of Creditor TD Bank N.A. rgower@duanemorris.com, jalowe@duanemorris.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13