| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert Elliott Shanley III <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8423 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–26126–MBK | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Elliott Shanley III

12/6/23    **By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-26126-MBK
Robert Elliott Shanley, III                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                             Page 1 of 3
Date Rcvd: Dec 06, 2023                       Form ID: 3180W                          Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Elliott Shanley, III, PO Box 641, Navesink, NJ 07752-0641 |
| cr | | ISE Farms, Inc., 110 Good Springs Road, Brodway, NJ 08808 |
| 517697929 | | Bank West, PO Box 4024, Alameda, CA 94501-0424 |
| 517697934 | | Evane McLean Shanley, PO Box 32, Navesink, NJ 07752-0032 |
| 517697935 | | Home Depot Credit, PO Box 9601010, Louisville, KY 40290-1010 |
| 517974199 | | ISE Farms, Inc., 110 Good Springs Road, Broadway, NJ 08808 |
| 517697941 | | Pension Parameter, Inc., 675 Line Road, Aberdeen, NJ 07747-1246 |
| 517697943 | | Stearns, Card Memebr Services, P O Box 6353, Fargo, ND 58125-6353 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517697928 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:54:02 | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 517756276 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:54:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517735742 | + | Email/Text: bankruptcy@bmo.com | Dec 06 2023 20:48:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 517697930 | | EDI: TSYS2 | Dec 07 2023 01:38:00 | Barclay Card, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 517697932 | | EDI: CITICORP | Dec 07 2023 01:38:00 | Citi, Po Box 6004, Sioux Falls, SD 57117-6004 |
| 517697933 | | EDI: DISCOVER | Dec 07 2023 01:38:00 | Discover Card, PO Box 15316, Wilmington, DE 19850-5316 |
| 517697936 | | EDI: IRS.COM | Dec 07 2023 01:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517697931 | | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | Chase, Card Memebr Service, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 517697937 | ^ | MEBN | Dec 06 2023 20:44:22 | KML Law Group, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 517756909 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 20:53:47 | LVNV Funding, LLC its successors and assigns |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517697938 | + EDI: LENDNGCLUB | Dec 07 2023 01:38:00 | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 517697939 | EDI: SYNC | Dec 07 2023 01:38:00 | Lowes, P.O. Box 530970, Atlanta, GA 30353-0970 |
| 517697940 | Email/Text: camanagement@mtb.com | Dec 06 2023 20:47:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517789887 | Email/Text: camanagement@mtb.com | Dec 06 2023 20:48:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 517801771 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517710992 | EDI: Q3G.COM | Dec 07 2023 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517697942 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2023 20:47:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517700139 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517697944 | EDI: TDBANKNORTH.COM | Dec 07 2023 01:38:00 | TD Bank, PO Box 5400, Lewiston, ME 04243 |
| 517829002 | EDI: TDBANKNORTH.COM | Dec 07 2023 01:38:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517800480 | + Email/Text: RASEBN@raslg.com | Dec 06 2023 20:47:00 | U.S. BANK NATIONAL ASSOCIATION, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517782329 | EDI: USBANKARS.COM | Dec 07 2023 01:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517767392 | EDI: USBANKARS.COM | Dec 07 2023 01:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 517767075 | EDI: USBANKARS.COM | Dec 07 2023 01:38:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 517697945 | EDI: USBANKARS.COM | Dec 07 2023 01:38:00 | US Bank, NJ-Indirect Lending, PO Box 790179, Saint Louis, MO 63179-0179 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ISE America Inc., 12201 Massey Road, Massey, MD 21650-1614 |
| cr | *+ | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517974198 | ##+ | ISE America, Inc., 12201 Massey Road, Massey, MD 21650-1614 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor US Bank National Association hkaplan@rasnj.com kimwilson@raslg.com |
| J. Alex Kress | on behalf of Creditor ISE Farms Inc. akress@chapman.com |
| J. Alex Kress | on behalf of Creditor ISE America Inc. akress@chapman.com |
| Joseph Casello | on behalf of Debtor Robert Elliott Shanley III jcasello@cvclaw.net, jcasello627@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank N.A. jdevine@tmppllc.com, ecf@tmppllc.com |
| Richard Gerbino | on behalf of Creditor TD Bank N.A. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor TD Bank N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Ryan A. Gower | on behalf of Creditor TD Bank N.A. rgower@duanemorris.com, jalowe@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13